**JUDGE COTE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

JUMANIA INC. t/a
TAC INTERNATIONAL, CO
          Plaintiff,

08 CV 6910
Civil Action No.

-against-

MORSLY, INC.,

          Defendant.
----------------------------------x



RECEIVED AUG 0 1 2008 U.S.D.C. S.D.N.Y. CASHIERS

### CERTIFCATION OF PLAINTIFF UNDER LOCAL RULE 7.1

Plaintiff, **JUMANIA INC. t/a TAC INTERNATIONAL, CO** by and through its Counsel, David Cohen, Esq. makes the following Rule 7.1 disclosure statement:

1. Plaintiff, **JUMANIA INC. t/a TAC INTERNATIONAL, CO.** is a non-governmental privately held corporation;

2. There is no publicly held corporation that owns 10% or more of Defendant, **JUMANIA INC. t/a TAC INTERNATIONAL, CO** stock.

Dated: New York, New York
      July 31, 2008

by: _____
David Cohen (DC-2331)
Attorney for Plaintiff,
JUMANIA INC. t/a TAC INTERNATIONAL, CO
19 East Shore Drive PO Box 299
Niverville, New York 12130
(518) 784-5358

C:\MYFILES.PARK\Litigation\TAC.7.1disc.073008.wpd