HERRICK, FEINSTEIN LLP
John R. Goldman (jgoldman@herrick.com)
Attorneys for Defendant Morsley, Inc.
2 Park Avenue
New York, New York 10016
T: 212.592.1400

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY  FILED            │
│ DOC #:                           │
│ DATE FILED:  8/22/08             │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUMANIA INC. T/A TAC INTERNATIONAL          :   Case No. 08 CV 6910 (DLC)
CO.,                                        :
                                            :   STIPULATION EXTENDING TIME
                        Plaintiff,          :
                                            :
    -against-                               :
                                            :
MORSLEY, INC.,                              :
                                            :
                        Defendant.          :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

attorneys for the parties, that Defendant's time to answer, move or otherwise respond with respect

to the Complaint in the above-captioned matter is extended from August 21, 2008, to and including

September 21, 2008.

       **IT IS FURTHER STIPULATED AND AGREED,** that execution of this Stipulation by

facsimile transmission or pdf shall be acceptable as if it were by original signature.

Dated: New York, New York
      August 29, 2008


By: _____          HERRICK, FEINSTEIN LLP
    David Cohen  (DC-2331)
19 East Shore Drive, PO Box 299          By: _____
Niverville, NY 12130                         John R. Goldman
(518) 784-5358                           2 Park Avenue
Attorneys for Plaintiff                  New York, New York 10016
                                         (212) 592-1400
                                         Attorneys for Defendant


                              _____
                              U.S.D.J.
                              August 21, 2008