AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

JUMANIA INC. t/a
TAC INTERNATIONAL CO.

V.

MORSLY, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CV 6910**

**JUDGE COTE**

TO: (Name and address of Defendant)

MORSLY, INC.
1411 BROADWAY ROOM 3180
NEW YORK, NEW YORK 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID COHEN ESQ.
19 EAST SHORE DRIVE PO BOX 299
NIVERVILLE, NEW YORK 12130

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          AUG 01 2008

CLERK                                        DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 8/4/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ROBERT MILLS | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SEE AFFIDAVIT ANNEXED

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | SERVICE | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUMANIA INC. t/a
TAC INTERNATIONAL CO.,

       Plaintiff,                           Case No.08 CV 6910
                                            (Judge Cote)

      -against-                       AFFIDAVIT OF SERVICE

MORSLY, INC.,

       Defendant.
------------------------------------------------------------X
STATE OF NEW YORK   )
                            S.S.:
COUNTY OF NEW YORK)

      ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 4th day of August, 2008, at approximately 1:40 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; AND INDIVIDUAL PRACTICES IN CIVIL CASES, DENISE COTE, UNITED STATES DISTRICT JUDGE; AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon MORSLY, INC. at 1411 Broadway, Room 3180, New York, NY, by personally delivering and leaving the same with JESI LEON, who informed deponent that she is a Receptionist authorized by appointment to receive service at that address.

      JESI LEON is a white female, approximately 34 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 135 pounds with black hair and dark eyes.

_____
ROBERT MILLS
#1004298

Sworn to before me this
7th day of August, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com